UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO1:15-cv-62113-Valle

VROLET BOTTING, MELISSA BIEBER,
for and on behalf of other employees similarly,

    Plaintiff,
v.

CINDY A. GOLDSTEIN, P.A.,

    Defendant.
_____

**ORDER ON JOINT MOTION TO DISMISS CASE WITH PREJUDICE, TO APPROVE SETTLEMENT AND RETAIN JURISDICTION TO ENFORCE**

**THIS CAUSE** came before the Court upon the parties' Joint Motion to Approve Settlement (the "Motion), filed January 11, 2016.  Upon review of the record and the parties' documented basis for a settlement of the FLSA case, the Court finds that settlement of this action is fair and reasonable and that the requested fee is fair and reasonable and not grossly excessive.  Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

    1.    The Motion is **GRANTED**.

    2.    This case is **DISMISSED WITH PREJUDICE**.

    3.    The effectiveness of this stipulation of dismissal is conditioned upon the Court's entry of an Order retaining jurisdiction to enforce the terms of the Settlement Agreement reached in this case.

DONE AND ORDERED in Chambers at _____, Florida, this \_\_\_\_\_ day of January 2016.

_____
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

cc: All Counsel of Record